IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT S. VALLELY                                                           PLAINTIFF

v.            Civil No. 06-5184

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                               DEFENDANT

## ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. After review, it is found that plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 27th day of September 2006:

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* is granted and the clerk is hereby directed to file the complaint *nunc pro tunc* as of September 25, 2006. Additionally, the court hereby directs that a copy of the complaint filed herein, along with a copy of this order, be served by the plaintiff by certified mail, return receipt requested, on the defendant, Jo Anne B. Barnhart, Commissioner, Social Security Administration, as well as Alberto R. Gonzales, U.S. Attorney General, and Claude S. Hawkins, Jr., Assistant U.S. Attorney, without prepayment of fees and costs or security therefor. The defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

/s/ Beverly Stites Jones
_____
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS

SEP 2006

_____, CLERK
BY
DEPUTY CLERK

AO 72A
(Rev. 8/82)